**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| MICHAEL CHRIST SARDIS, et al. | ) | CASE NO.: 8:16-cv-739-T-36MAP |
| | ) | |
| Plaintiffs, | ) | |
| | ) | JUDGE: Charlene Edwards Honeywell |
| v. | ) | |
| | ) | |
| HOME DEPOT U.S.A., INC., et al. | ) | **DECLARATION OF DR. JANET E.** |
| | ) | **STOUT, PHD** |
| Defendants. | ) | |

I, Dr. Janet E. Stout, based on my personal knowledge and pursuant to 28 U.S.C. § 1746 declare as follows:

1.    I am over the age of 18, and I have personal knowledge of the following facts.

2.    I am a microbiologist and Director of the Special Pathogens Laboratory in Pittsburgh, Pennsylvania.

3.    I have spent more than 30 years studying Legionnaires' disease.

4.    In that time, I have published over 80 peer-reviewed papers.

5.    I also have authored book chapters on *Legionella* including editions of the "Manual of Clinical Microbiology," "Hospital Epidemiology and Infection Control," and the Association for Professionals in Infection Prevention and Epidemiology (APIC) Manual.

6.    My interests in *Legionella* include the areas of clinical microbiology and diagnosis, the environmental microbiology and control of *Legionella* in water systems, and epidemiologic subtyping typing methods.

7.    A copy of my *curriculum vitae* is attached as Exhibit 1.

8.    I have extensive experience and knowledge as it relates to *Legionella* testing and the various methodologies that are used for *Legionella* testing.

# APPENDIX B

9.     Special Pathogens Laboratory provides expertise in the detection, control, and remediation of *Legionella* and other waterborne pathogens.

10.     Special Pathogens Laboratory conducts a variety of types of *Legionella* testing, including direct fluorescent antibody (DFA) testing.

11.     Special Pathogens Laboratory is the first and one of the few labs in the U.S. to be accredited by the American Association for Laboratory Accreditation for *Legionella* testing.

12.     Special Pathogens Laboratory also is a member of the U.S. Centers for Disease Control and Prevention's Environmental *Legionella* Isolation Techniques Evaluation (ELITE) Program.

13.     Special Pathogens Laboratory maintains a website, available through the following URL address: http://www.specialpathogenslab.com/.

14.     It is my understanding that the Plaintiffs in the above-captioned matter, or Plaintiffs' attorneys, have represented to the Court the following:

> "Perhaps even more interesting than the more-than-40 years of literature confirming DFA staining as accepted methodology for *Legionella* testing, is that even Defendants' expert, Dr. Janet Stout, seemingly agreed until the date she was retained by Scotts in this case. On Dr. Stout's website on June 25, 2017, mere months prior to her retention in this matter, she expressed an unequivocally favorable view of DFA staining to identify *Legionella* species, calling it "the definitive method for *Legionella* identification." Since her retention, however, that portion of her website has been altered to be consistent with her opinions in this case. It further bears noting that Dr. Stout does not cite any authority—either on her newly-updated website or in her report—for her contention that DFA staining carries risks of unreliable results. She appears to have been an unabashed proponent of the methodology prior to her retention by Defendants."

15.     The contention that I (or anyone else) altered or updated the Special Pathogens Laboratory website is simply not true. In fact, the statement that Plaintiffs quote from the website (i.e., "[DFA is] the definitive method for *Legionella* identification") still appears on the

website (at: http://www.specialpathogenslab.com/testing-1.php), as it did prior to and during the entirety of my involvement in this matter:

16.     Plaintiffs also refer to a separate page of the Special Pathogens Laboratory website (i.e., http://www.specialpathogenslab.com/legionella-serotyping-of-isolates-dfa.php, which discusses direct fluorescent antibody (DFA) testing), with respect to their mistaken contention that I "altered [the website] to be consistent with [my] opinions in this case."

17.     It appears that Plaintiffs are referring to the following passage, which appeared on the website prior to and during the entirety of my involvement in this matter:

"DFA staining is not recommended as a method to be applied directly on an environmental sample due to false positive and false negative results. DFA staining will stain both viable (living) and non-viable (dead) *Legionella* cells."

18.     With respect to DFA testing, as opposed to direct application on an environmental sample, the appropriate procedure involves, in part: (1) isolating *Legionella* **by culture** from an environmental source or a patient; and (2) after culturing, placing the bacteria on a slide and exposing the bacteria to a panel of DFA reagents.

19.     In the above-quoted representation to the Court (i.e., Paragraph 14 above), it appears that Plaintiffs or their attorneys either do not understand or are misstating my opinion

-3-

with respect to DFA testing.  When conducted properly, DFA testing returns reliable results.  As explained above, proper DFA testing involves the preliminary step of culturing, as opposed to directly applying the DFA stain to an environmental sample, such as a soil sample.  Direct application of DFA stain to a soil sample would not be consistent with the scientifically-accepted procedure for reliable DFA testing.

20.    The foregoing is consistent with my professional opinion prior to any involvement in this matter, and is based upon my scientific knowledge, including my study of relevant scientific literature, and my experience, as set forth in detail on my *curriculum vitae* (Exhibit 1).

21.    The foregoing also is consistent with my opinions in this matter as reflected in my report, which is attached as Exhibit 2.

22.    It is my understanding that, in relation to this matter, Plaintiffs' expert Dr. Carl B. Fliermans, Ph.D applied the DFA method directly to an environmental sample of soil.

23.    In discussing the results of Dr. Flierman's testing in my report, I noted the following:

> "This test detected the *Legionella* species/serogroups listed below.  Of note is that many positive results were reported showing the presence of different species and serogroups.  A plus sign (+) indicates a positive result.
>
> 1. *L. pneumophila*, serogroup 1 (subtypes Knoxville (+), Bellingham (+), Olda (+) , Philadelphia(+) , Pontiac 1 (+) )
> 2. *L. pneumophila*, serogroups 1-14 (+)
> 2. *L. longbeachae* (Long Beach 4 (+) and Tucker 1 (+) )
> 3. *L. anisa* (WA-316-C3) (+)
> 4. *L. rubrilucens* serogroup 1
> 5. *Legionella* species b-p (bozemanii-parisiensis) (+)
>
> NOTE: If the test performed used antibody for the analysis (DFA), note that this method of testing is not recommended by the Centers for Disease Control and Prevention (CDC) and others for use directly on an environmental sample due to

the inability to differentiate between live and dead bacteria and significant cross reaction among different strain and types of bacteria (some not *Legionella*). The results suggest cross reaction of the bacteria with the various reagents because it would be unusual to have all these serogroups and species in one sample."

24.     It is my understanding that Dr. Fliermans has submitted an affidavit stating, in part, the following:

"Although there was some mention to the contrary by Scotts's expert, it is not uncommon—and in fact it is expected—to see multiple *Legionella* species in a single ecological habitat. That in no way reflects negatively on the reliability of my testing of the GSFV. On the other hand, the fact that some closely-related *Legionella* species came back negative in my testing, and that the negative control tests came back negative, are circumstantial proof that my testing of the GSFV is reliable, and that cross-reactions among the monoclonal antibodies are not occurring. M-Tech's internal testing confirms the lack of cross-reactivity among the monoclonals."

25.     Although Dr. Fliermans is correct that it is not uncommon for "multiple *Legionella* species [to be present] in a single ecological habitat," as noted above, the results of Dr. Fliermans testing, which returned positive for ten of the eleven strains/serogroups/subtypes for which he tested (with a sole negative result for *L. rubrilucens* serogroup 1), are highly unusual. The remarkable nature of these results suggests cross reaction and the unreliability associated with the application of DFA staining directly on an environmental sample.

FURTHER DECLARANT SAYETH NAUGHT.

I declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury that the foregoing is true and correct.

Executed on February 5, 2018

_____
Dr. Janet E. Stout

**CURRICULUM VITAE**
**University of Pittsburgh**
**& Special Pathogens Laboratory**

| | | | |
|---|---|---|---|
| Name: | Janet E. Stout | Birthdate: | February 19, 1957 |
| Home Address: | 6492 Poketa Rd.<br>Verona, PA 15147 | Birth Place: | San Diego, Calif. |
| | | Citizenship: | United States |
| Home Telephone: | 412/719-0488 | | |
| Business Address: | Special Pathogens Laboratory<br>1401 Forbes Ave., Suite 401<br>Pittsburgh, PA 15219 | | |
| Business Telephone: | 412/281-5335, ext. 225<br>412/281-7445 (FAX)<br>E-mail: jes20+@pitt.edu or jstout@specialpathogenslab.com | | |

**EDUCATION AND TRAINING**

GRADUATE:

| | | | |
|---|---|---|---|
| 1979 - 1981 | University of Pittsburgh<br>Graduate School of<br>Public Health | M.S. Hyg.<br>1981 | Infectious Disease<br>Microbiology |
| 1987 - 1992 | University of Pittsburgh<br>Graduate School of<br>Public Health | Ph.D.<br>1992 | Infectious Disease<br>Microbiology |

UNDERGRADUATE:

| | | | |
|---|---|---|---|
| 1975 - 1979 | Clarion State College<br>Clarion, PA | B.S.<br>cum laude | Biology |

1

EXHIBIT 1 TO APPENDIX B

## APPOINTMENTS AND POSITIONS

### ACADEMIC

| | | |
|---|---|---|
| 2007 to present | Research Associate Professor | University of Pittsburgh School of Engineering Department of Civil & Environmental Engineering |
| 1993 - 2006 | Research Assistant Professor of Medicine | University of Pittsburgh School of Medicine Division of Infectious Disease Department of Medicine |

### PROFESSIONAL

| | | |
|---|---|---|
| 2007 to present | Director | Special Pathogens Laboratory 1401 Forbes Ave, Suite 209 Pittsburgh, PA 15219 |
| 1983 – 2007 | Microbiologist | Veterans Administration Medical Center Special Pathogens Laboratory University Drive C Pittsburgh, PA 15240 |

## MEMBERSHIPS IN PROFESSIONAL AND SCIENTIFIC SOCIETIES

American Society for Microbiology
Association of Water Technologies
American Society of Heating, Refrigerating, and Air-Conditioning Engineers
Association for Professionals in Infection Control and Epidemiology
Cooling Technology Institute

## EDITORIAL BOARD

*Infection Control and Hospital Epidemiology*

## EDITORIAL REVIEW

*International Journal of Environmental Health*
*Journal of Clinical Microbiology*
*Water Research*

2

**HONORS**

-Distinguished Research Award for Legionnaires' Disease, National American Legion, 1982.

-Divisional Lecturer, Nosocomial Infection, American Society for Microbiology, Miami Beach, 1988.

-Divisional Lecturer, Waterborne Nosocomial Infections, Interscience Conference on Antimicrobial Agents and Chemotherapy, San Diego, CA, 1998.

-Association of Water Technologies, Water Technologist of the Year, 1999.

-America Society of Heating, Refrigeration and Air Conditioning Engineers (ASHRAE) Poster Presentation Award, 2002.

-American Water Works Association Water Quality Conference Poster Presentation Award, 2002.

-Invited speaker, European Working Group on Legionella Infections (EWGLI), Chamonis, France, 2004

-Invited Speaker, Environmental Aspects of Legionnaires' Disease, 6th International Legionella Symposium, Chicago, IL 2005

-Invited Speaker, Legionella and the Conundrum of Low Risk Buildings: a Very Modest Proposal, 7th International Legionella Symposium, Paris, France 2009

-2012 Urban Innovation 21 Leadership Award

-2012 Distinguished Alumni Award Clarion University

-Invited Speaker, Legionella in 2013: A New Paradigm for Prevention, 8th International Legionella Symposium, Melbourne, Australia  2013

3

## PUBLICATIONS

1.  A Brown, J Shonnard, SJ Geyer, J Rihs, E Elder, J Stout, R Vickers, and VL Yu.  Coincident infection with *Legionella pneumophila* and Pittsburgh pneumonia agent in a patient with nosocomial pneumonia.  Lancet 2:1041, 1981.

2.  J Stout, VL Yu, RM Vickers, et al.  The ubiquitousness of *Legionella pneumophila* in the water supply of a hospital with endemic Legionnaires' disease.  New Engl J Med 306:466-468, 1982.

3.  J Stout, VL Yu, and RM Vickers.  The reservoir for Pittsburgh pneumonia agent is the hospital water supply.  Lancet 1:472-473, 1982.

4.  M Best, VL Yu, J Stout, A Goetz, R Muder, F Taylor.  *Legionella*ceae in the hospital water supply:  epidemiologic link with disease plus evaluation of a method for control of nosocomial Legionnaires' disease and Pittsburgh pneumonia.  Lancet  2:307-310, 1983.

5.  J Stout, M Best, VL Yu.  The ecology of *Legionella pneumophila* in water distribution systems.  Appl Environ Microbiol 49:221-228, 1985.

6.  J Stout, VL Yu, P Muraca.  Isolation of *Legionella pneumophila* from the cold water of hospital ice machines:  implications for its origin and transmission.  Infect Control 6:141-146, 1985.

7.  MG Best, JE Stout, VL Yu, RR Muder.  Tatlockia micdadei growth kinetics may explain its infrequent isolation from water and the low prevalence of Pittsburgh pneumonia.  Appl Environ Microbiol 49:1521-1522, 1985.

8.  J Stout, M Best, VL Yu.  In vitro symbiosis of *Legionella pneumophila* and Tatlockia micdadei with human respiratory flora.  J Appl Bacteriol, 60:297-299, 1986.

9.  JE Stout, MG Best, VL Yu.  The susceptibility of *Legionella*ceae to thermal stress: implications for heat eradication methods in water distribution systems.  Appl Environ Microbiol, 52:396-399,1986.

10.  JE Stout, VL Yu, P Muraca.  Legionnaires' disease acquired from the water supply within the homes of two patients.  JAMA 257:1215-1217,1987

11.  P Muraca, JE Stout, VL Yu.  Comparative assessment of chlorine, heat, ozone, and ultraviolet light for disinfection of *L. pneumophila* within a model plumbing system.  Appl Environ Microbiol 53:447-453,1987

12. RM Vickers, <u>JE Stout</u>, VL Yu, A Goetz, JD Rihs.  Culture methodology for the isolation of *Legionella pneumophila* and other *Legionella*ceae from clinical and environmental specimens.  Semin. Resp. Infect.  2:274-279, 1987.

13. P Muraca, VL Yu, <u>JE Stout</u>.  Environmental aspects of Legionnaires' disease.  J Amer Water Works Assoc.  80:78-86, 1988.

14. TC Lee, <u>JE Stout</u>, VL Yu.  Factors predisposing to *Legionella pneumophila* colonization in residential water systems.  Arch Environ Health  ~43:59-62, 1988.

15. <u>JE Stout</u>, J Joly, M Para, J Plouffe, M Blaser, C Ciesielski, VL Yu.  Comparison of molecular methods for subtyping patient and epidemiologically-linked environment isolates of *Legionella pneumophila*.  J Infect Dis 157:486-495, 1988.

16. P Muraca, <u>JE Stout</u>, VL Yu, YC Yee.  Legionnaires' disease in the work environment: implications for environmental health.  Am Ind Hyg Assoc J 49:584-590, 1988.

17. RM Vickers, <u>JE Stout</u>, VL Yu.  Failure of a diagnostic monoclonal immunofluorescent reagent to detect *Legionella pneumophila* in environmental samples.  Appl Environ Microbiol 56:2912-2914, 1990.

18. GD Fang, <u>JE Stout</u>, VL Yu, A Goetz, JD Rihs, RM Vickers.  Community-acquired pneumonia caused by *Legionella* dumoffii in a patient with a hairy cell leukemia.  Infection 19:1-3, 1990.

19. <u>JE Stout</u>, VL Yu, PM Muraca, J Joly, N Troup, LS Tompkins.  Potable water as a cause of sporadic cases of community-acquired Legionnaires' disease.  N Engl J Med 326:151-155, 1992.

20. RM Vickers, <u>JE Stout</u>, LS Tompkins, N Troup, VL Yu.  Cefamandole sensitive strains of *Legionella pneumophila*, serogroup 1:  implications for diagnosis and utility as an epidemiological marker.  J Clin Microbiol 30:537-539, 1992.

21. RR Muder <u>JE Stout</u>, YC Yee.  Empyema due to *Legionella pneumophila* serogroup 5 following esophageal perforation:  source of the organism and mode of transmission.  Chest 102:1602, 1992.

22. <u>JE Stout</u>, VL Yu, YC Yee, S Vaccarello, W Diven, TC Lee.  *Legionella pneumophila* in residential water supplies:  environmental surveillance with clinical assessment for Legionnaires' disease.  Epid Infect 190: 49-57, 1992.

23. Aeba R, <u>JE Stout</u>, NA Francalancia, RJ Keenan, AJ Duncan, SA Yousem, GJ Burckart, VL Yu, BP Griffith.  Aspects of lung transplantation which contribute to increased severity of pneumonia:  an experimental study.  J Thorac Cardiovasc Surg 106:449-457, 1993.

24.  JE Stout, VL Yu.  Legionnaires' disease and water distribution systems.  Infect Dis Newsletter 12:25-28, 1993.

25.  Yu VL, Z Liu, JE Stout, A Goetz.  *Legionella* disinfection of water distribution systems: principles, problems, and practice.  Infect Control Hosp Epid.  14:567-570, 1993.

26.  Liu Z, JE Stout, L Tedesco, M Boldin, C Hwang, W Diven, VL Yu.  Controlled evaluation of copper/silver ionization in eradicating *Legionella* from a hospital water distribution system.  J Infect Dis 169:919-922, 1994.

27.  Georghiou PR, AM Doggett, MA Kielhofner, JE Stout, DA Watson, JR Lupski, and RJ Hamott.  Molecular fingerprinting of *Legionella* species by repetitive element PCR. J Clin Microbiol 32:2989-2994, 1994.

28.  Liu Z, JE Stout, L Tedesco, M Boldin, C Hwang, VL Yu.  Efficacy of ultraviolet light in preventing *Legionella* colonization of a hospital water distribution system.  Water Res. 29:2275-2280, 1995.

29.  Ta AC, JE Stout, VL Yu, MM Wagener.  Comparison of culture methodologies for monitoring *Legionella* in hospital potable water systems and recommendations for standardization.  J Clin Microbiol 33:2118-2123, 1995.

30.  Lin YE, RD Vidic, JE Stout, VL Yu.  Individual and combined effects of copper and silver ions on inactivation of *Legionella pneumophila*.  Water Research 30:1905-1913, 1996.

31.  Chang FY, S Jacobs, SM Colodny, JE Stout, VL Yu.  Nosocomial Legionnaires' disease caused by *Legionella pneumophila* serogroup 5:  laboratory and epidemiological implications.  J Infect Dis 174:1116-1119, 1996.

32.  Chang FY, JE Stout, VL Yu.  Assessment of enzyme immunoassay versus radioimmuno-assay for detection of *Legionella pneumophila* serogroup 1 antigen in stored urine specimens.  J Clin Microbiol 34:2628-2629, 1996.

33.  JE Stout. *Legionella* in water distribution systems and approaches to disinfection.  World Plumbing Conference IV.  Compendium of Workshop Papers.  115-121. 1996.

34.  Muder RR, Brennen C, Drenning SD, JE Stout, Wagener MM.  Multiply antibiotic-resistant gram-negative bacilli in a long-term care facility: A case control study of patient risk factors and prior antibiotic use.  Infect Control Hosp Epid 18:809-913; 1997.

35.  JE Stout, Yu VL.  Current Concepts: Legionellosis.  N Engl J Med 337:682-687, 1997.

36.  JE Stout, Yu VL.  Eradicating *Legionella* from hospital water.  JAMA 1997; 278:1404.

6

37.  JE Stout, Arnold B, Yu VL.  Comparative activity of azithromycin, clarithromycin, roxithromycin, dirithromycin, quinopristin/dalfopristin, and erythromycin against *Legionella* species by broth microdilution and intracellular susceptibility testing in HL-60 cells.  J Antimicrob Chemother 41:289-291; 1998.

38.  JE Stout, Arnold B, Yu VL.  Comparative activity of ciprofloxacin, ofloxacin, levofloxacin, and erythromycin against *Legionella* species by broth microdilution and intracellular susceptibility testing in HL-60 cells.  Diagnostic Microbiology and Infectious Diseases 30:37-43;1998.

39.  Liu Z, JE Stout, Boldin M, Rugh J, Diven WR, Yu VL.  Intermittent use of copper-silver ionization for *Legionella* control in water distribution systems: A potential option in buildings housing low risk individuals.  Clin Infect Dis 26:138-140; 1998.

40.  Goetz AM, JE Stout, Jacobs SL, Fisher MA, Ponzer RE, Drenning S, Yu VL.  Nosocomial Legionnaires' disease discovered in community hospitals following cultures of the water system: seek and ye shall find.  Am J Infect Control 26:8-11;1998.

41.  Lin YE, Vidic RD, JE Stout, McCartney CA, Yu VL.  Inactivation of *Mycobacterium avium* by copper and silver ions.  Water Research 32:1997-2000, 1998.

42.  Lin YE, JE Stout, Yu VL, Vidic RD.  Disinfection of water distribution systems for *Legionella*.  Sem Resp Infect 13:147-159, 1998.

43.  Lin YE, Vidic RD, JE Stout, Yu VL.  *Legionella* in water distribution systems.  J Am Water Works Assoc 90:112-121, 1998.

44.  JE Stout, Lin YE, Goetz AM, Muder RR.  Controlling *Legionella* in hospital water systems: experience with the super-heat-and-flush method and copper-silver ionization. Infect Control Hosp Epid 19:911-914, 1998.

45.  Lin A, JE Stout, Rihs JD, Vickers RM, Yu VL.  Improved *Legionella* selective media by the addition of fluconazole: results of in-vitro testing and clinical evaluation.  Diagn Microbiol and Infect Dis 34:173-175, 1999.

46.  Loeb M, Simor AS, Mandell L, Krueger P, McArthur M, James M, Walter S, Richardson E, Lingley M, JE Stout, Stronach D, McGeer A.  Two nursing home outbreaks of respiratory infection with *Legionella sainthelensi*.  J Am Geriatr Soc 47:547-552, 1999.

48.  McEllistrem MC, JE Stout.  Simplified protocol for pulsed-field gel electrophoresis analysis of *Streptococcus pneumoniae*.  J Clin Microbiol  38:351-353, 2000.

49.  JE Stout, Brennen C, Muder RR.  Legionnaires' disease in a newly constructed long-term care facility.  J Am Geriatric Society 48:1589-1592, 2000.

7

50.  Chang FY, Singh N, Gayowski T, Wagener MM, Meitzner SM, JE Stout, Marino, IR. Thrombocytopenia in liver transplant recipients.  Transplantation 69:70-75, 2000.

51.  Muder RR, JE Stout, Yu VL.  Nosocomial *Legionella micdadei* infection in transplant patients: fortune favors the prepared mind.  Am J Med 108:346-348, 2000.

52.  Squier C, Yu VL, JE Stout.  Waterborne nosocomial infections.  Current Infectious Disease Reports 2000; 2:490-496.

53.  Yu VL, Stout JE.  Hospital characteristics associated with colonization of water systems by Legionella and risk of nosocomial Legionnaires' disease: a cohort study of 15 hospitals. Infect Control Hosp Epidemiol 2000;21(7):434-435

54.  Drenning SD, Joly JR, JE Stout, Yu, VL. Unexpected similarity of pulsed-field gel electrophoresis patterns of unrelated clinical isolates of *Legionella pneumophila*, serogroup 1.  J Infect. Dis 183:628-632, 2001.

55.  Gao Y, Zhou P, Lin YE, Vidic RD, JS Stout.  Efficacy of DBNPA against *Legionella pneumophila*:  experimental results in a model water system," ASHRAE Transactions, 107, Part 1, 2001.

56.  Squier C., Lin YE, Stout JE.  Waterborne Pathogens: *Legionella* and other opportunistic pathogens.  Healthcare Facilities Management Series. 2001 American Society for Healthcare Engineering of the American Hospital Association.  Health Facilities Management Number 055995, pages 5-20, 2001.

57.  Stout JE, Yu VL.  Legionella in the hospital water supply: a please for decision-making based on evidence-based medicine.  Infection Control and Hosp. Epid. 22 (11): 670-672, 2001.

58.  Tan, JS, File TM, DiPersio JR, DiPersio LP, Hamer R, Saravolatz LD, Stout JE. Persistently positive culture results in a patient with community-acquired pneumonia due to *Legionella pneumophila*.  Clin. Infect. Dis. 32:1562-1566, 2001.

59.  Singh N, Stout JE, Yu VL.  Legionnaires' disease in a renal transplant recipient: nosocomial or home-grown?  Transplantation 2002; 76(6): 755-756.

60.  Yu, V. L., Plouffe JF, Pastoris MC, Stout JE, Schousboe M, Widmer A, Summersgill J, File T, Heath CM, Paterson DL, Chereshsky A .Distribution of Legionella species and serogroups isolated by culture in patients with sporadic community-acquired legionellosis: an international collaborative survey." J Infect Dis 2002; 186(1): 127-128.

8

61. Lin YE, Vidic RD, Stout JE, Yu VL.  Negative effect of high pH on biocidal efficacy of copper and silver ions in controlling *Legionella pneumophila*.  J. Appl. Environ. Microbiol.; 68(6); 2711-2715, 2002.

62. Pedro-Botet ML, Stout JE, Yu VL.  Legionnaires' disease contracted from patient homes: the coming of the third plague?  Eur J Clin Microbiol Infect Dis 2002; 21:699 705.

63. Squier C, Rihs JD, Risa KJ, Sagnimeni A, Wagener MM, Stout JE, Muder, RR, Singh N.*Staphylococcus aureus* rectal carriage and its association with infections in patients in a surgical intensive care unit and a liver transplant unit.  Infect Cont Hosp Epidemiol 2002; 23: 495-501.

64. Lin YE, Vidic RD, Stout JE, Yu VL.  Negative effect of high pH on biocidal efficacy of copper and silver ions in controlling *Legionella pneumophila*.  J. Appl. Environ. Microbiol.; 68(6); 2711-2715, 2002.

65. Nalepa CJ, Howarth JN, Limatta EW, Ceri H, Stremick CA, Stout JE, Lin YE.  The control of bacteria on surfaces: effectiveness of bromine-based biocides towards microbial biofilms and biofilm-associated *Legionella pneumophila*.  Cooling Technology Institute Journal 2003; 24:12-21.

66. Stout JE, Yu, VL.  Experience of the first 16 hospitals using copper-silver ionizaton for Legionella control: implications for the evaluation of other disinfection modalities. Infection Control Hosp. Epid. 2003; 24(8): 563-568.

67. Marrie TJ, De Carolis E, Yu VL, Stout JE.  Legionnaires' disease- results of a multicentre Canadian study.  Can J Infect Dis 2003; 14 (3); 154-158.

68. Stout JE.  *Legionella*.  Infectious Diseases Journal of Pakistan 2003; 12(1):21-27.

69. Stout JE, Yu, VL.  Hospital-acquired Legionnaires' disease: new developments.  Curr Opin Infect Dis 2003; 16(4):337-341.

70. Kwak EJ, Husain S, Obman A, Meinke L, Stout JE, Kusne S, Wagener MM, Singh N. Efficacy of galactomannan antigen in the platelia *Aspergillus* enzyme immunoassay for diagnosis of invasive aspergillosis in liver transplant recipients. J. Clin. Microbiol. 2004;42(1): 435-438.

71. Sidari FP, Stout JE, VanBriesen JM, Bowman AM, Grubb D, Neuner A, Wagener MM, Yu VL.  Chlorine dioxide as a disinfection method for *Legionella* control.  J Amer Water Works Assoc. 2004; 96: 111-119.

9

72. Husain S, Kwak EJ, Obman A, Wagener MM, Kusne S, Stout J, McCurry K, Singh N. Prospective assessment of Platelia *Aspergillus* galactomannan for the diagnosis of invasive in lung transplant recipients.  Am J Transplant 2004; 4:1-7.

73. JE Stout and R.R. Muder.  Legionella in Residential Water Systems.  ASHRAE Journal. 2004 ; 46 :52-54.

74. Singh N, Obman A, Husain S, Aspnall S, Mietzner S, Stout JE.  Reactivity of Platelia *Aspergillus* galactomannan antigen with piperacillin-tazobactam: clinical implications based on achievable concentrations in serum.  Antmicrob Ag Chemother 2004; 48:1989-1992.

75. Yu VL,  Greenberg, RN, Zadeikis, N, Stout, JE, Kashab MM, Olson WH, Tennenberg AM,.  Levofloxacin efficacy in the treatment of community-acquired Legionellosis.  Chest 2004; 125:2135-2139.

76. Stout JE.   Is your water safe ?  Outpatient Surgery.  November 2004. 86-87.

77. Singh N, Stout J E, Yu VL.  Prevention of Legionnaires' disease in transplant recipients: recommendations for a standardized approach.  Transpl Infect Dis 2004;6:58-62.

78. Yu VL, Stout, JE. Legionella anisa and hospital water systems.  J Infect Chemother 2004;10(2):133.

79. Stout, JE, Sens K, Mietzner S, Obman A, Yu, VL.  Comparative activity of quinolones, macrolides, and ketolides against *Legionella* species using *in vitro* broth dilution and intracellular susceptibility testing. Int J Antimicrob Agents 2005; 25:302-307.

80. Squier CL, Stout JE, Krystofiak S, McMahon J, Wagener MM, Dixon B. Yu VL.  A proactive approach to prevention of healthcare-acquired Legionnaires' disease:  the Allegheny County (Pittsburgh) experience.  Am. J. Infect. Control 2005; 33(6): 360-367.

81. Sheffer PJ, Stout JE, Wagener MM, Muder RR.  Efficacy of new point-of-use filter for preventing exposure to Legionella and waterborne bacteria.  Am. J. Infect. Control. 2005; 33(5) Suppl. 1: S20-S25.

82. Muder RR, Brennen C, Rihs JD, Wagener MM, Obman A, Stout JE, Yu VL.  Isolation of *Staphylococcus aureus* from urinary tract: association of isolation with subsequent staphylococcal bacteremia.  Clin Infect Dis 2006; 142(1): 46-50.

83. Liu Z, Lin YE, Stout JE, Hwang CC, Vidic RD, Yu VL.  Effect of flow regimes on the presence of Legionella within the biofilm of a model plumbing system.  J Appl Microbiol 2006; 101:437-442.

10

84. Stout JE, Muder RR, Mietzner S, Wagener MM, et al.  Role of environmental surveillance in determining risk for hospital-acquired Legionellosis: a national surveillance study with clinical correlations.  Infect Control Hosp. Epidemiol. 2007;28:818-824.

85. Zhang R, McCann C, Stout JE, Piesczynski S, Hawks R, Vidic R, Yu VL.  Safety and efficacy of chlorine dioxide for Legionella control in a hospital water system.  Infect Control Hosp. Epidemiol. 2007;28:1009-1012.

86. Stout JE.  Preventing Legionellosis. ASHRAE Journal.  2007; October: 58-61.

87. Stout JE.  Understanding and controlling waterborne pathogens.  Managing Infection Control. 2007  Decemeber; 40-44.

88. Stout JE.  Pathogens in the pipeline. World Plumbing Review.  2007. Issue 3. October

89. Zhang Z, Stout JE, Yu V.L. Vidic V.  Effect of pipe corrosion scales on chlorine dioxide consumption in drinking water distribution systems.  Water Research 2008; 42: 129-136.

90. Yu VL, Stout JE.  Community-acquired Legionnaires' disease:  Implications for underdiagnosis and laboratory testing.  Clin Infect Dis. 2008; 46:1365-1367.

91. Zhang R, McCann C, Jennifer Hanrahan, Annette Jencson, Daniel Joyce, Steven Fyffe, Piesczynski S, Hawks R, Stout JE, Yu V.L. Vidic V.  Legionella control by chlorine dioxide in hospital water systems.  J. Am. Water Works Assoc. May 2009; 101 (5): 117-127.

92. Yu VL, Stout JE.  Rapid diagnostic testing for community-acquired pneumonia: can innovative technology for clinical microbiology be exploited?  Chest 2009;136(6):1618-1621.

93. Yu VL, Stout JE.  Legionella in an ice machine may be a sentinel for drinking water contamination.  Infect Control Hosp Epidemiol 2010:31(3);317.

94.  Stout JE, Yu VL.  Environmental culturing for Legionella: Can we build a better mouse trap?  Am J Infect Control 2010;38:341-343.

95. D'Antonio NN, Rihs JD,  Stout JE, Yu VL. Revisiting the hand wipe versus gel rub debate: Is a higher-ethanol content hand wipe more effective than an ethanol gel rub?  American Journal of Infection Control 2010;38(9):671-758.

11

96.  Lin Y. E.,  Stout JE, Yu VL. Controlling Legionella in Hospital Drinking Water: An Evidence-Based Review of Disinfection Methods.  Infect Control Hosp Epidemiol 2011:32(2): 166-173.

97.  Lin YE, Stout JE, Yu VL. Prevention of hospital-acquired legionellosis. Curr Opin Infect Dis. 2011 Aug;24(4):350-6.

98.  Duda S, Stout  JE, Vidic, RD.  Biological control in cooling water systems using nonchemical treatment devices, HVAC&R Research 2011:17:5, 872-890.

99.  Yu VL, Stout JE. Legionellosis in nursing homes and long-term care facilities: What the Slovenian experience can teach us. Scand. J Infect Dis, 2012; 44: 716–719.

100.  D'Antonio N.N, Rihs JD, Stout JE, Yu VL. Computer keyboard covers impregnated with a novel antimicrobial polymer significantly reduce microbial contamination. Am J Infection Control 2013:41(4): 337-339.

101.  Pruden, A., Edwards, M.A., Falkinham III, J.O., Arduino, M., Bird, J., Birdnow, R., Bédard, E, Camper, A., Clancy, J., Hilborn, E., Hill, V., Martin, A., Masters, S., Pace, N.R., Prevost, M., Rosenblatt, A., Rhoads, W., Stout, J.E., and Zhang, Y. (2013). Research Needs for Opportunistic Pathogens in Premise Plumbing: Methodology, Microbial Ecology, and Epidemiology. Water Research Foundation Project 4379 Final Report. Water Research Foundation. Denver, CO, 188 pages.

102.  Marchesi, I., Ferranti, G., Bargellini A., Marchegiano P., Predieri G., Stout J.E., Borella P. Monochloramine and chlorine dioxide for controlling Legionella pneumophila contamination: biocide levels and disinfection by-product formation in hospital networks. J Water and Health 2013:11(4); 738-747.

103.  Kandiah, S,Yassin, M.H., and Stout JE. Monochloramine Use for Prevention of Legionella in Hospital Water Systems. Infectious Disorders – Drug Targets, 2013; 1871-5265/13

104.  Baron JL, Vikram A, Duda S, Stout JE, Bibby K (2014) Shift in the Microbial Ecology of a Hospital Hot Water System following the Introduction of an On-Site Monochloramine Disinfection System. PLoS ONE 9(7): e102679. doi:10.1371/journal.pone.0102679

105.  Baron JL, Peters T, Shafer R, MacMurray B, and JE Stout. (2014). Field Evaluation of a New Point-of-Use Faucet Filter for Preventing Exposure to Legionella and Other Waterborne Pathogens in Healthcare Facilities. American Journal of Infection Control 2014: 42; 1193-6.

106.  Duda S, Kandiah S, Stout JE, Baron JL, Yassin M, Fabrizio M, Ferrelli J, Wagener MM,

12

Hariri R, Goepfert J, Bond J, Hannigan J, and D Rogers. (2014). Evaluation of a new monochloramine generation system for controlling Legionella in building hot water systems. Infection Control and Hospital Epidemiology, Vol. 35, No. 11 (November 2014), 1356-1363.

107. Pierre D, Stout JE, Yu VL. Editorial Commentary: risk assessment and prediction for health care-associated Legionnaires' disease: percent distal site positivity as a cut-point. Am J Infect Control. 2014:42(11);1248-50.

108. Sidari FP, Stout JE, Duda S, Grubb D, Neuner A. Maintaining Legionella control in building water systems. Am Water Works Assoc. 2014: 106(10); 24-32.

109. Ma X, Baron JL,Vikram A, Stout JE, and Bibby K. Fungal diverstiy and presence of potentially pathogenic fungi in a hospital hot water system treated with on-site monochloramine. Water Research 2015:71C;197-206.

110. Baron JL, Harris JK, Holinger EP, Duda S, Stevens MJ, Robertson CE, Ross KA, Pace NR, and Stout JE. Effect of Monochloramine Treatment on the Microbial Ecology of Legionella and Associated Bacterial Populations in a Hospital Hot Water System. Systematic and Applied Microbiology. 2015:38;198-205.

111. Duda S, Baron JL, Wagener MM, Vidic R, Stout JE. Lack of correlation between Legionella colonization and microbial population quantification using heterotrophic plate count and adenosine triphosphate bioluminescence measurement. Environmental Monitoring and Assessment. 2015:187; 393.

112.

## BOOK CHAPTERS

1.  M Nguyen, JE Stout, VL Yu.  Legionellosis.  Infectious Disease Clinics of North America.  p. 561-584, 1991.  WB Saunders, Philadelphia.

2.  JE Stout, VL Yu.  *Legionella  pneumophila*.  In:  Pulmonary Infections and Immunity.  Camel H, Bendinelli M, Friedman H (ed) 1994. Plenum Press, NY.

3.  JE Stout.  *Legionella* .  In:  Infectious Diseases, Second Edition. Gorbach SL, Bartlett JG, Blacklow NE (ed), 1997.  W.B. Saunders Co., Philadelphia, PA.

4.  JE Stout, VL Yu.  Legionellosis.  In: Hospital Epidemiology and Infection Control.  Mayhall E (Ed) 1999, Lippincott Williams and Wilkins, NY.

5.  YE Lin, JE Stout, VL Yu.  *Legionella*  Disinfection.  In:  Disinfection, Sterilization, and Preservation.  Block, SS  (ed) 2000, Lippincott Williams and Wilkins, Maryland.

6.  JE Stout, Rihs JD.  Legionellosis.  In: Laboratory Diagnosis of Bacterial Infections.  Cimolai, N. (Ed).  2000, Marcell Dekker, Inc., New York, New York.

7.  JE Stout, Mietzner S.  *Legionella*.  In: Infectious Disease, Third Edition.  Gorbach SL, Bartlett JG, Blacklow NR (eds) 2002, Lippincott Williams and Wilkins, Baltimore, MD.

8.  JE Stout, Rihs JD, VL Yu.  *Legionella*.  In: Manual of  Clinical Microbiology.  Murray PR, Baron EJ, Jorgensen JH, Pfaller MA, Yolken RH (eds) 2003.  ASM Press, Washington, DC.

9.  JE Stout, VL Yu.  Legionellosis.  In: Hospital Epidemiology and Infection Control.  3rd ed.  Mayhall G.C. (Ed) 2004, Lippincott Williams and Wilkins, New York, NY.

10. JE Stout.  *Legionella pneumophila* and other *Legionella*-like Agents.  In: Biosafety in Microbiological and Biomedical Laboratories.  5th Edition.  CDC, U.S. Department of Health and Human Services 2005.  Public Health Service, Washington, DC.

11. M Luisa Pedro-Botet, JE Stout, VL Yu.  Clinical manifestations and diagnosis of Legionella infection.  In:  UpToDate www.uptodate.com 2009.

12. M Luisa Pedro-Botet, JE Stout, VL Yu.  Epidemiology and pathogenesis of Legionella infection.  In:  UpToDate www.uptodate.com 2009.

13. JE Stout, VL Yu.  Legionellosis.  In: Hospital Epidemiology and Infection Control.  4th ed.  Mayhall G.C. (Ed) 2011, Lippincott Williams and Wilkins, New York, NY.

14

14.    JE Stout,  AM Goetz.  *Legionella  pneumophila*.  In: APIC Text of Infection Control and Epidemiology APIC Manual. 2014, Association for Professionals in Infection Control and Epidemiology, Inc. (APIC), Washington, D.C.

## ABSTRACTS

1.  J Stout, VL Yu, RM Vickers, JJ Zuravleff, A. Brown, and M. Best.  Environmental surveillance for *Legionella  pneumophila* just prior to a nosocomial outbreak of Legionnaires' disease.  Interscience Conference on Antimicrobial Agents and Chemotherapy (Abstract No. 293), 1981.

2.  VL Yu, J Stout, JJ Zuravleff.  Aspiration of contaminated water may be a mode of transmission of *Legionella  pneumophila*.  Interscience Conference on Antimicrobial agents and Chemotherapy (Abstract No. 297), 1981.

3.  VL Yu, M Best, J Stout, A Brown, and A Goetz.  Effectiveness of intermittent short-term temperature elevation of the hospital water supply in controlling nosocomial Legionnaires' disease.  82nd Annual Meeting of the American Society for Microbiology (Abstract No. 19), 1982.

4.  J Stout, VL Yu, RM Vickers. The hospital reservoir for Pittsburgh pneumonia is the potable water supply.  82nd Annual Meeting of the American Society for Microbiology (Abstract No. 20), 1982.

5.  M Best, VL Yu, J Stout, A Goetz, R Muder.  Control of Legionnaires' disease and Pittsburgh pneumonia by intermittent heating of the hospital water supply:  a 15-month evaluation.  Interscience Conference on Antimicrobial Agents and Chemotherapy (Abstract No. 88), 1982.

6.  J Stout.  Isolation of *Legionella pneumophila* from hospital ice machine water dispensers. 83rd Annual Meeting of the American Society for Microbiology (Abstract No. 54), 1983.

7.  A Goetz, VL Yu, M Best, J Stout.  Temperature elevation of the water supply in controlling nosocomial Legionnaires' disease:  role of the infection control practitioner.  Association for Practitioners in Infection Control (Abstract No. 14), 1983.

8.  J Stout, VL Yu, M Best.  The ecology of *Legionella pneumophila* in water distribution systems.  Interscience Conference on Antimicrobial Agents and Chemotherapy (Abstract No. 799), 1983.

15

9.  J Stout, M Best, VL Yu. In vitro symbiosis and inhibition of *L. pneumophila* and Pittsburgh pneumonia agent by respiratory pathogens: implications for co-infection. Interscience Conference on Antimicrobial Agents and Chemotherapy (Abstract No. 798), 1983.

10. M Best, VL Yu, RR Muder, J Stout. Tatlockia micdadei growth kinetics may explain the infrequent isolation from water and the low prevalence of Pittsburgh pneumonia. 84th Annual Meeting of the American Society for Microbiology (Abstract Q1), 1984.

11. JE Stout, M Best, VL Yu. Thermal death times for *Legionellaceae*: implications for heat eradication methods in water distribution systems. Interscience Conference on Antimicrobial Agents and Chemotherapy (Abstract No. 1620, 1984.

12. JE Stout, MM Boldin, MG Best, VL Yu, R Delanko. Legionnaires' disease (LD) uncovered in a long-term care facility. 85th Annual Meeting of the American society for Microbiology (Abstract No. L24), 1985.

13. JE Stout, J Joly, J Plouffe, M Para, CC Cielsielski, M Blaser, VL Yu. Epidemiologic analysis of *Legionella pneumophila*, serogroup 1 (Lp-1) using monoclonal antibody (MAB) subtyping, plasmid content, and outermembrane protein (OMP) analysis. Interscience Conference on Antimicrobial Agents and Chemotherapy (Abstract No. 862), 1985.

14. P Muraca, JE Stout, VL Yu, RM Vickers. Comparative assessment of heat, chlorine (Cl), Ultraviolet light (UV), and ozone for disinfection of *Legionella pneumophila* (LDB) within water systems. Interscience Conference on Antimicrobial Agents and Chemotherapy (Abstract No. 1078), 1985.

15. JE Stout, VL Yu, P Muraca. Legionnaires' disease acquired from exposure to contaminated household drinking water supplies. 87th Annual Meeting of the American Society for Microbiology (Abstract No. C-208), 1987.

16. TC Lee, JE Stout, VL Yu. Factors predisposing to *Legionella pneumophila* (Lp) colonization in residential water systems. Interscience Conference on Antimicrobial Agents and Chemotherapy (Abstract No. 847), 1987.

17. JE Stout, VL Yu, J Joly, PW Muraca. Identification of the reservoir in sporadic cases of community-acquired Legionnaires' disease. 90th Meeting of the American Society for Microbiology, (Abstract No. A98), Anaheim, CA 1990.

18. RM Vickers, JE Stout, VL Yu. Discovery of cefamandole sensitive strains of *Legionella pneumophila*, serogroup 1; implications for diagnosis and utility as an epidemiologic marker. Interscience Conference on Antimicrobial Agents and Chemotherapy, (Abstract No. 1062), 1990.

16

19.    Z Liu, JE Stout, L Tedesco, M Boldin, VL Yu.  Demonstration of the efficacy of ultraviolet light (UV) irradiation of potable water for prevention of *Legionella* colonization of hospital water fixtures.  92nd Meeting of the American Society for Microbiology, (Abstract No. L8), 1992.

20.    JE Stout, VL Yu.  Environmental aspects of Legionnaires' disease.  Technical Proceedings CIB/W62 International Symposium.  Washington, DC, September, 1992, pp. 25-28.

21.    Z Liu, JE Stout, L Tedesco, M Boldin, CC Hwang, VL Yu.  Ultraviolet light irradiation of potable water for prevention of *Legionella* colonization.  Technical Proceedings CIB/W62 International Symposium.  Washington, DC, September, 1992, pp. 29.

22.    Z Liu, JE Stout, L Tedesco, M Boldin, CC Hwang, VL Yu.  Controlled evaluation of copper/silver ionization in eradicating *Legionella* from hospital water fixtures.  Assoc Prac Infect Control, 1993.

23.    JE Stout, R Aeba, NA Francalancia, RJ Keenan, BP Griffith, VL Yu.  Differential effects of immunosuppression and surgery on Legionnaires' disease in a transplant model.  Interscience Conference on Antimicrobial Agents and Chemotherapy, (Abstract No. 120282), 1993.

24.    RM Lumish, JE Stout, J Fleming, S. Kominos, VL Yu, Z Liu, J Duvall, J Davidson.  New approach to controlling nosocomial Legionnaires' disease:  copper-silver ionization treatment of the hospital hot water system.  Interscience Conference on Antimicrobial Agents and Chemotherapy, (Abstract No. 129119), 1993.

25.    AC Ta, JE Stout, VL Yu, MM Wagener.  Optimizing culture techniques for monitoring *Legionella* in potable water.  American Society for Microbiology, (Abstract No. Q-468), 1994.

26.    BM Willey, DE Low, K. Herbage, JE Stout, AM McGeer.  Comparison of restriction enzyme analysis (REA) with pulsed field gel electrophoresis (PFGE) in the investigation of nosocomial infections caused by *Legionella pneumophila* serogroup 6.  American Society for Microbiology (Abstract No. L-23), 1994.

27.    Z Liu, JE Stout, L Tedesco, M Boldin, C Hwang, VL Yu.  Ultraviolet light irradiation of potable water for *Legionella* colonization in a hospital water distribution system.  American Society of Heating, Refrigerating, and Air-conditioning Engineers, Inc.  (Technical paper RP-610), 1994.

17

28.    J Fleming, RM Lumish, JE Stout, L DeSimone, D Foster, VL Yu.  Nosocomial Legionnaires' disease: yours or mine?  Association for Practitioners in Infection Control, Inc., 1994.

29.    JE Stout, B Arnold, AC Ta, VL Yu.  Activity of ciprofloxacin, ofloxacin, and levofloxacin against *Legionella pneumophila* serogroup 1 by broth dilution MIC and intracellular penetration.  Infectious Disease Society of America, (Abstract 210), 1994.

30.    B Arnold, A Ta, JE Stout, VL Yu.  Erythromycin, dirithromycin, azithromycin, clarithromycin, and roxithromycin activity against *Legionella* by broth dilution and intracellular penetration.  Interscience Conference on Antimicrobial Agents and Chemotherapy, (Abstract 746), 1994.

31.    YE Liu, JE Stout, R. Vidii, VL Yu.  In vitro synergy of copper and silver ions in killing *Legionella pneumophila*.  Implications for disinfection.  Am Soc for Microbiology, (Abstract), 1995.

32.    JE Stout,  RR Muder, AM Goetz, RM Vickers.  Contaminated drinking fountains associated with cases of nosocomial Legionnaires' disease:  reservoir or red herring?  Society for Health Care Epidemiology of America (Abstract 241), 1995.

33.    FY Chang, S Jacobs, JE Stout, RM Vickers, VL Yu.  Nosocomial Legionnaires' disease caused by *Legionella pneumophila* serogroup 5:  epidemiological implications.  Infectious Disease Society of America (Abstract 125), 1995.

34.    A Goetz, J Stout, S Jacobs, M Fisher, VL Yu.  Nosocomial Legionnaires' disease uncovered following surveillance of hospital potable water systems:  seek and ye shall find.  Society for Healthcare Epidemiology of America (Abstract No. 1), 1996.  Washington, DC.

35.    YE Lin, JE Stout, RD Vidic, C McCartney, VL Yu.  In vitro efficacy of copper/silver ions in killing Mycobacterium avium:  A new method for disinfection of hospital water distribution systems.  American Society for Microbiology (Abstract L19), 1996, New Orleans, LA.

36.    JE Stout,  M Sedlar, R Douglas, VL Yu.  Use of polymerase chain reaction (PCR) for environmental monitoring for Legionellae in hospital water systems.  American Society for Microbiology (Abstract C214), 1996, New Orleans, LA.

37.    JR Dipersio, LA Define, JE Stout.   Comparing DNA fingerprints of *Legionella* pneumophila serogroup 1, subtype Bellingham isolated from environmental and patient sources (Abstract C289), American Society for Microbiology, 1996, New Orleans, LA.

18

38.   FY Chang, JE Stout, VL Yu.  Assessment of enzyme immunoassay versus radioimmuno-assay for detection of *Legionella pneumophila* serogroup 1 antigen in stored urine specimens.  Interscience Conference on Antimicrobial Agents and Chemotherapy (Abstract D.069), 1996.

39.   GD Fang, JE Stout, VL Yu.  Comparison of intracellular postantibiotic effect (PAE) of azithromycin (Azith) and Clarithromycin (Clari) vs. erythromycin (Eryth) against *Legionella*  pneumophila serogroup 1 (Lp1).  Interscience Conference on Antimicrobial Agents and Chemotherapy (Abstract A091), 1996.

39.   JE Stout, Lin YE, Goetz AM, Muder RR.  Copper-silver (Cu-Ag) ionization is superior to the super-heat-and-flush methods for controlling nosocomial Legionnaires' disease. Society for HealthCare Epidemiology (Abstract 155), 1997.

41.   JE Stout, Brennen C, Muder RR.  Legionnaires' disease in a newly constructed long-term care facility.  Society for HealthCare Epidemiology (Abstract 154), 1997.

42.   Lin YE, RD Vidic,  JE Stout, CA McCartney and VLYu.  Effect of copper ions on *Mycobacterium avium* inactivation.  Proceedings of the 1997 American Water Works Association Annual Conference, Atlanta, GA, June 15-19, 1997

43.   Lin A, JE Stout, Rihs JD, Vickers RM, Yu VL.  Improved *Legionella*  selective media by the addition of fluconazole: results of in-vitro testing and clinical trial.  Am Soc for Microbiology (Abstract C-100), 1997.

44.   Drenning S, JE Stout.   Analysis of pulsed-field gel electrophoresis (PFGE) patterns of clinical isolates of *Legionella pneumophila* serogroup 1:  similarity breeds contempt. Interscience Conference on Antimicrobial Agents and Chemotherapy (Abstract K-10), 1997.

45.   Lin YE, RD Vidic, JE Stout, VL Yu.  Effect of elevated PH on copper and silver ionization for *Legionella* eradication.  Proceedings of the 1998 American Water Works Association Annual Conference, Dallas, TX, June 21-25, 1998.

46.   SM Mietzner, JE Stout, VL Yu.  Prospective study of the effect of storage temperature on the stability of the *Legionella pneumophila* serogroup 1 urinary antigen.  (Abstract 12883), American Society for Microbiology, 1998, Atlanta, GA.

47.   YE Lin, JE Stout, R Vidic, VL Yu.  Impact of pH, alkalinity, hardness and dissolved organic carbon on efficacy of copper-silver ionization for *Legionella*  eradication.  Am Soc  for Microbiology (Abstract GM99-A-001852-ASM), 1999.

19

48    Singh N, Chang FY, Gayowski T, JE Stout, Teramana C.  Thrombocytopenia in liver transplant recipients: role of endogenous thrombopoietin. Am Soc Transplant Physicians. Abstract 748, 1999.

49.   Williams RR, JE Stout, Yu VL, Greenberg RN, Kojak CM.  Levofloxacin is safe and effective in the management of community-acquired pneumonia (CAP) due to *Legionella* . Infect Dis Soc of Am. Abstract 167 Sa, 1998.

50.   Brennen CJ, JE Stout, Sattler E, Muder RR.  *Legionella*  on Ice: ice as a source for nosocomial Legionnaires' disease.  Soc Healthcare Epid of Am. Abstract #70, 1999.

51.   Chiou C, McEllistrom M, JE Stout, Yu VL.  Novel penicillin and cephalosporin resistant clones of *Streptococcus pneumoniae* serotype 23F, 19F in Taiwan: different from those of international epidemic clones.  1999.

52.   McCall EC, JE Stout, Vidic RD, Yu VL, Kuchta J, Rihs B, Young B.  Efficacy of biocides against biofilm-associated *Legionella* in a model plumbing system.  International Water Conf.  Abstract IWC-99-19, October 18, 1999.

53.   McEllistrem MC, JE Stout, Harrison LH.  timesaving protocol for pulsed field gel electrophoresis (PFGE) analysis of Streptococcus pneumoniae.  Infectious Disease Society of America, Abstract 773 Sa, 1999.

54.   Gao Y, McCall EC, JE Stout, Vidic RD, Yu, VL.  Monochloramine and chlorine dioxide as alternative disinfection methods for *Legionella*  control. Am. water Works Assoc.  Denver, CO, 2000.

55.   JE Stout, Lin YE, Yu VL.  Survey of hospitals using copper-silver ionization for the control of *Legionella*.  5th International Conference on *Legionella* .  Abstract. Sept. 26-29, 2000. Ulm, Germany.

56.   JE Stout, Rih B, Muder RR.  *Legionella*  is not ubiquitous in hospital water distribution systems.  5th International Conference On *Legionella* .  Abstract.  Sept. 26-29, 2000. Ulm, Germany.

57.   Sens KL, Mietzner S, Sagnimeni A, JE Stout, Yu VL.  Activity of new quinolones, macrolides, and ketolide against 100 strains of *Legionella* species using broth dilution and intracellular susceptibility testing methods.  40th Interscience Conference on Antimicrobial Agents and Chemotherapy.  Abstract #2159.  Toronto, Ontario. Sept. 20, 2000.

20

58.  Mietzner SM, Sagnimeni AJ, JE Stout, Yu VL.  Prospective comparative study of the rapid ICT NOW *Legionella*  urinary antigen test.  38th Annual Meeting of the Infectious Diseases Society of America.  Abstract #100163. Sept. 8, 2000. New Orleans, LA.

59.  Lin YE, Vidic RD, Stout JE, and Yu VL.  Legionnaires' disease in an apartment building: disinfection methods and recommendations.  1st World Water Congress of the International Water Association, Paris, France, July 3-7, 2000.

60.  Yu VL, Plouffe JF, Castellami-Pastoris M, JE Stout, Widmer V, Summergill J, File TM, Schobose M, Heath C, Patterson D, Cheresky A.  Distribution of *Legionella*  species and serogroups isolated by culture in consecutive patients with community-acquired pneumonia (CAP): An International collaborative survey. 40th Interscience Conference on Antimicrobial Agents and Chemotherapy. Toronto, Ontario, Canada.  September 17-20, 2000.

61.  Association of Water Technologies. Use of the Binax Equate Rapid Test for detection of *Legionella*  in water.  Honolulu, Hawaii.  October 30, 2000.

62.  Stout JE, Lin YE, Yu, VL. Surveys of efficacy of copper-silver ionization in Hospitals. 5th International Conference on *Legionella* , Ulm, German, September 26-29, 2000.

61.  Stout JE,  Yang G, Zhou P, Lin YE, Vidic R.  Efficacy of DGNPA against *Legionella* pneumophila: experimental results in a model water system (Abstract 4432).  ASHRAE, Atlanta GA, January 27-31, 2001.

62.  Stout JE.  Role of environmental surveillance in determining risk for nosocomial legionellosis: a national study with clinical correlations.  Poster Presentation at the 39th Annual Meeting of the Infectious Diseases Society of America, San Francisco, CA, October 2-28, 2001.

63.  Squier C, Rihs J, Risa K, Stout JE, Sagnimeni A, Muder R, Singh, M. *Staphylococcus aureus* rectal carriage and association with infection in intensive care unit (ICU) and liver transplant patients.  Interscience Conference on Antimicrobial Agents and Chemotherapy. Abstract #K-2054. Chicago, IL. September 22-25, 2001.

64.  Squier C, Krystofiak S, McMahon J, Wagener MM, Stout, JE. Decrease in nosocomial Legionnaire's disease in Allegheny County: guidelines for prevention work.  Annual Meeting of the Association of Practitioners of Infection Control, Seattle, WA. June 12, 2001.

21

65. Sidari F, Stout JE.  The role of facilities management in *Legionella* remediation:  39th Annual Conference & technical Exhibition, American Society for Healthcare Engineering, Nashville, TN.   July 29-31, 2002.

66. Sidari FP, Van Briesen  JM, Stout JE, Yu VL, Hannigan J, Neuner A, Grubb D, and Bowman AM.  Chlorine dioxide: A point of entry treatment technology for the control of *Legionella* in sensitive secondary distribution sytems (Abstract No. C102) AWWA Water Quality Technology Conference, Seattle, WA, November 10-13, 2002.

67. Sidari FP, VanBriesen JM, Stout JE.  Chlorine dioxide reaction rates: application in a secondary distribution system and the inactivation of *Legionella*.  Pennsylvania American Water Works Association. Pittsburgh, PA, May 21-23, 2002.

68. Stout JE.  New and emerging technologies for *Legionella* control: a multi-step approach to evaluating efficacy.  International Water Conference (IWC-02-02). Pittsburgh, PA. October 21-24, 2002.

69. Sarro KE, Stout JE, Muder RR.  Unsuspected endemic Legionnaires' disease in a long-termcare (LTC) facility.  (Poster 211) Society of Healthcare Epidemiology, Arlington, VA, April 15-28, 2003.

70. Risa KJ, Stout JE, Muder RR.  Intermittent flushing of outlets improved control of *Legionella* colonization in a hospital hot water system treated by CU/Ag ionization (Poster No. 47). Annual Meeting of the Association of Practitioners of Infection Control June 2003; San Antonio, TX.

71. Stout, JE, Muder RR, Dufour AP, McMahon J, Silvestri S, Starsky L, Jeffries J, Grosch B, Allan T, Scaife H, Hysing R, Sheffer P, Mietzner M, Yu VL.  Community-acquired Legionnaires' disease:  residential water systems are an under-appreciated source of infection.  Interscience Conference on Antimicrobial Agents and Chemotherapy. Abstract #K-120. Chicago, IL. September 12-16, 2003.

72. Singh N, Obman A, Husain S, Mietzner S, Stout JE .  Reactivity of platelia *Aspergillus* galactomannan with pipercillin-tazobactam:  clinical implications based on achievable serum concentrations.  American Transplant Conference 2004; Boston, MA.

73. Stout, JE, Muder RR, Vaccarrelo S, Mietzner S, et al.   Endemic Legionellosis uncovered in a prospective study of hospital-acquired Legionnaires' disease:  value of environmental monitoring. Abstract No. 22187.  31st Annual Meeting of the Assoc. for Professionals in Infection Control (APIC) 2004; Phoeniz, AZ.

74. Sheffer P, Stout JE.  Efficacy of new point-of-use water filters to prevent exposure to *Legionella* and waterborne bacteria. Abstract No.21793.  31st Annual Meeting of the Assoc. for Professionals in Infection Control (APIC) 2004; Phoeniz, AZ.

75. Zhang Z, McCann C, Hawks R, McElroy J, Piescznski S, Bisson R, Vidic R, Stout JE. Chlorine dioxide for Legionella control in a hospital water system:  monitoring for disinfection by-products.  IWC-04-49.  International Water Conference 2004; Pittsburgh, PA.

76. Mietzner SM, Stout JE, Shannon JL, Wareing DR, Yu V.  Evaluation of the Dynal Biotech Legionella immunomagnetic separation method vs. conventional culture for the isolation of Legionella pneumophila serogroup 1 from water samples.  6th International Conference on Legionella.  October 16-20, Chicago, IL, 2005.

77. Mietzner SM, Hangard A, Stout JE, Rohr U, Pedro-Botet ML, Samore MH, Yu VL. Reduced susceptibility of *Legionella pneumophila* to the antimicrobial effects of copper and silver ions.  Interscience Conference on Antimicrobial Agents and Chemotherapy (Abstract No. K-858), Washington, D.C., 2005.

78. Hanrahan JA, Zhang Z, Jencson A, Joyce D, Fyffe S, Stout JE.  Prospective evaluation of the efficacy and safety of chlorine dioxide in controlling healthcare-acquired Legionnaires' disease. Interscience Conference on Antimicrobial Agents and Chemotherapy (Abstract No. K-860), Washington, D.C., 2005.

79. J.L. Shannon, S.M. Mietzner, J.E. Stout, D.R. Wareing, V.L. Yu.  Evaluation of the Dynal Biotech *Legionella* Immunomagnetic Separation Method vs. conventional culture of the isolation of *Legionella* from cooling tower water samples.  106th General Meeting of the American Society for Microbiology, Orlando, FL, May 21-25, 2006.

80. Zhang Z, Stout JE, Vidic, R.  The impact of temperature and TOC on chlorine dioxide decay in drinking water.   American Water Works Association Annual Conference, San Antonio Texas, June 11-15, 2006.

81. Stout JE, Richard Zhe Zhang, Radisav Vidic, Annette Jencson, Daniel Joyce and Victor L. Yu. Disinfection Efficacy of Chlorine Dioxide:  New Insights.  Association of Water Technologies, Colorado Springs, CO November 2007.

82. Stout JE.  New Legionella Guidelines, Directives and Standards: Will They Result in A Safer Environment?  American Society for Healthcare Engineering, National Harbor, MD, July 2008.

23

83.  Stout JE, Mietzner SM, Adhikari P, Yu VL.  A Rapid Method for the Detection of Nosocomial Waterborne Pathogens Legionella spp. And Pseudomonas aeruginosa by Real-time Quantitative PCR: A Comparison with Standard Culture. 48th Annual Interscience Conference on Antimicrobial Agents and Chemotherapy/Infectious Disease Society of America, Washington, D.C.  October 2008.

84.  Rihs JD, Stout JE, Mietzner SM.  Evaluation of Isolation Media for Recovery of Multi-drug Waterborne Pathogens from Hospital Water Systems: New Imipenem Media Improves Isolation of *Stenotrophomonas maltophilia*.  American Society for Microbiology, Philadelphia, PA, May 2009.

85.  Stout JE, Silvestri S, Shannon J, Dixon B.  Disinfection of Senior/Assisted Living Long-term Care Facilities for Prevention of Legionnaires' Disease: Efficacy of a Novel Short Course (30-day) Treatment with Copper-silver ionization.  Association for Professionals in Infection Control and Epidemiology, Inc., Fort Lauderdale, FL, June 2009.

86.  D'Antonio N, Rihs JD, Tosiano MA, Stout JE, Yu VL.  Efficacy of Alcohol-based Hand Sanitizers (ABHS): A Hand Wipe (65.9% Ethanol) Exceeds the Killing Capacity of a Gel Rub (62% Ethanol).  Association for Professionals in Infection Control and Epidemiology, Inc., Fort Lauderdale, FL, June 2009.

87.  D'Antonio N, Rihs JD, Tosiano M, Stout JE.  Computer Keyboard Covers Impregnated with a Novel Antimicrobial Polymer Significantly Reduce Microbial Contamination. Association for Professionals in Infection Control and Epidemiology, Inc., Fort Lauderdale, FL, June 2009.

88.  Stout, JE. New Disinfection Options for Controlling Legionella in Building Water Systems. Association of Water Technologies, Hollywood, FL, August 2009.

89.  Rihs JD, Jarraud S, Luck C, Chiang C-S, Borella P, Dominguez J, Stout JE, Yu VL. Lack of Comparable Sensitivity and Specificity Among Seven *Legionella* Urinary Antigen Test Kits: An International Collaborative Study.  50th Interscience Conference on Antimicrobial Agents and Chemotherapy (Abstract No.2473), Boston, MA, 2010.

90.  Baron J.L.,Stout JE, Vats A, Yu , VL. Rapid detection of Legionella spp. from environmental water samples using loop-mediated isothermal amplification (LAMP). American Society for Microbiology,  May 2012.

91.  Schaeffer AJ, Mietzner SM, Yassin MH, Wagener MM, and Stout JE.  Testing for Legionella in Healthcare Facilities: Evaluation of the Reproducibility of Legionella Test Result and the Impact of Time on Viability and Variability. Association for Professionals in Infection Control and Epidemiology, Inc., Fort Lauderdale, FL, June 2013.

92.   Baron JL, Peters T, Shafer R,  MacMurray B, Stout JE. Evaluation of a New Point-of-Use Faucet Filter for Preventing Legionella and Total Bacterial Exposure. Association for Professionals in Infection Control and Epidemiology, Inc., Anaheim, CA, June 2014.

93.   Baron JL, Vikram A, Duda S, Stout JE, Bibby KJ. Shift in Microbial Ecology of a Hospital Hot Water System Following the Introduction of an On-Site Monochloramine Disinfection System. ASM Annual Meeting, Boston, MA May 17 – 20, 2014.

94.   Czapor MB,Yassin M, Mietzner SM, Rihs JD, Stout JE. Effects of Sample Collection Methods on Legionella Recovery from Hospital Water Systems. Association for Professionals in Infection Control and Epidemiology, Inc., Nashville, TN, June 2015.

95.   Rihs, JD, Lee E, Stout JE. Microbial Contamination of Heater/Cooler Units: M. Chimaera and Beyond. 1207. Association for Professionals in Infection Control and Epidemiology. Portland, OR 2017

## PROFESSIONAL ACTIVITIES

Invited Lectures:

1.   Association for Professionals in Infection Control and Epidemiology (APIC).  Legionella and Waterborne Pathogens.  June 2007.  San Jose, California.

2.   Central New York Society of Hospital Engineers.  Legionella Update.  November 2008. Turning Stone, Verona NY.

3.   Association of Water Technologies (AWT). New Disinfection Options for Controlling Legionella in Building Water Systems. 2009. Fort Lauderdale, FL

4.   Association for Professionals in Infection Control Wisconsin State APIC Seminar. Legionella & Other Waterborne Pathogens:  What's in Your Water?" 2009.  Waukesha, Wisconsin.

5.   International Legionella Symposium.  Legionella and the Conundrum of Low Risk Buildings: A Very Modest Proposal.  2009.  Paris, France

6.   German Symposium on Legionella. Legionella and in Hospital Water Systems:  Current Status.  2009, 20/21 October 2009, Berlin

7.   Hot Water Forum.  Legionnaires' Disease: Facts vs. Folklore. 2010. Ontario, CA

25

8. Italian-American Conference on Legionella. What's New:  Legionella is Winning! 2010. Milan, Italy

9. Association of Water Technologies (AWT). Efficacy of Non-chemical Devices in Controlling Legionella:  Results from a Model Cooling System.  2010. Reno, NV

10. Association of Facilities Engineers (AFE).  Building Water Systems: A Reservoir for Waterborne Pathogens? 2010.  Las Vegas, NV

11. American Industrial Hygiene Association (AIHA). 2010. Pittsburgh, PA

12. Lorman Education Services. Pathogens in Your Pipeline: Best Practices in Water Storage and Pipe Disinfection. 2010. Pittsburgh, PA.

13. Cooling Technology Institute. Legionella and Non-Chemical Water Treatment Devices 2011. San Antonio, TX

14. National Facility Maintenance Technology. Building Water Systems: A Reservoir for Waterborne Pathogens? 2011. Baltimore, MD

15. Sustainable Pittsburgh—Sustainable Health Care. Water in Healthcare Facilities: Sustainable and Safe. 2011. Pittsburgh, PA.

16. Association of Water Technologies. Sustainable and Safe—What's in Your Water? 2011. Atlanta, GA.

17. Facility Decisions. Legionella and Waterborne Pathogens: What's in Your Reclaimed Water? 2011. Las Vegas, NV.

18. American Society for Heating, Refrigerating, and Air-Conditioning Engineers (ASHRAE)—Cleveland. ASHRAE Project 1361-RP: Biological Control in Cooling Water Systems Using Non-chemical Water Treatment Devices. 2012. Cleveland, OH

19. National Facilities Management and Technology. Legionella and Waterborne Pathogens: What's in Your Reclaimed Water. 2012.  Baltimore, MD.

20. Houghton Seminar. Legionella and Water Safety: What's New? 2012. Wilmington, DE.

21. International Association of Plumbing and Mechanical Officials. (IAPMO). Legionella and Waterborne Pathogens: What's in Your Reclaimed Water? 2012. Bethesda, MD.

22. Royal Society of Public Health. Control of *Legionella* in Hospital Water Systems: Experience with Copper-Silver Ionization and Monochloramine. 2012. London, England.

26

23. Association of Water Technologies.  Evaluation of New Monochloramine Generation System for Controlling Legionella. 2012. Palm Springs, CA.

24. International Water Conference. Legionella: No Good Dead Goes Unpunished. 2012.   San Antonio, TX.

25. American Society for Heating, Refrigerating and Air Conditioning Engineers (ASHRAE). The First Standards on Legionnaires' Disease: Why Cringe When You Can Be Prepared for Proposed STDs 188, Guideline 12 and CTI Guideline and STD 159. 2013. Dallas, TX

26. Northern Ohio Society of Healthcare Engineers (NOSHE) Cleveland. New Standards and New Approaches for Controlling Legionella in Water Systems. 2013. Cleveland, OH.

27. Association for Prevention of Infection Legionella and Waterborne Pathogens: New Paradigm for Prevention. 2013. Norristown, PA.

28. Filter Plant Performance Evaluation (PA – FPPE.) Legionella in Building Water Systems: New Approach to Prevention. 2013. Harrisburg, PA.

29. Northeastern Ohio Association of Clinical Microbiologists (TIIMS Group). Legionella and Waterborne Pathogens: What's New? 2013. Cleveland, OH.

30. Commonwealth of Pennsylvania University Biologists. Legionnaires' Disease: From Invisibility to Infamy. 2013. Clarion, PA.

31. Association for Professionals in Infection Control and Epidemiology, Inc., Legionella: A New Paradigm for Control. 2013. Fort Lauderdale, FL

32. International Legionella Symposium.  LEGIONELLA IN 2013: NEW PARADIGM FOR PREVENTION, 2013.  Melbourne, Australia

33. European Study Group on Legionella Infections ESCMID. Secondary Water Treatment Methods: Controlling Legionella.Barcelona, Spain September 2014.

34. International Legionella Conference.  U.S. Guidelines and Standards. Rome, IT 2017

27

## CURRENT RESEARCH INTERESTS

Epidemiology and Microbiology of Legionnaires' disease:

American Society for Heating, Refrigeration, and Air Conditioning, Inc. 610  RP  Ultraviolet Light Disinfection for L. pneumophila  1990 – 1993.

VA Merit Review Grant.  Legionella Colonization of Health Facility Water Systems. 2000-2002.

EPA Interagency Agreement.  Community Acquired Legionnaire's Disease. 2001-2004.

American Society of Air Conditioning, Heating and Refrigeration Engineers (ASHRAE) 2008. Biological Control in Cooling Water Systems using Non-chemical Water Treatment Devices (1361)

Sloan Foundation. Microbial Ecology Dynamics of Hospital Premise Plumbing Following the Introduction of an On-Site Monochloramine Disinfection System.  2013

## SERVICE:

1. Community Activities: Coordinator for the 1993 "Gift of the Heart" seminars.  An insight seminar for persons with life threatening illness.  Volunteer at Shepard Wellness Center (1993).
2. Co-President Uptown Partners Community Development Organization 2008 to present.

## CONTINUING MEDICAL EDUCATION (CME) ACTIVITIES:
What's New in Infectious Diseases, 1994, 1995, 1996, 1997, 1998, 1999

## ADMINISTRATION

University Committees:

Doctoral dissertation committees for:

1. Zeming Liu, School of Engineering, 1997
2. Eason Lin, School of Engineering, 1999
3. Richard Zhang, School of Engineering 2004-2007
4. Julianne Baron,  2011 to 2014
5. Xio (Sean) Ma, 2012 to 2016
6. Lauren Torso Orkis 2015 to present

28

Masters Level Students:

1. Yang Gao, School of Engineering, 2000
2. Kelly Sens, Graduate School of Public Health, 2000
3. Frank Sidari, CMU, Environmental Engineering 2005
4. Scott Duda, Univ. of Pittsburgh, School of Engineering 2011

VAMC Committees:  Chair, Research Safety & Biosafety 2005 to 2006

State/Regional/National Committees:

1.  VA Program for Infectious Diseases:  Emerging Pathogens Task Group 1995-1998
2. American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc., GPC-12 Committee, Minimizing the risk of Legionellosis associated with building water systems. 1996-1999; TC 3.6, 2000.

3. Reviewer for the Environmental Protection Agency. *Legionella* Criteria Document, 1999, 2000

4. American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc., GPC-12 Standard Committee, Minimizing the risk of Legionellosis associated with building water systems. TC 3.6, 2005.

5. American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc., SPC-188 Standard Committee, Minimizing the risk of Legionellosis associated with building water systems. 2005 – present.

PARTICIPATION IN LEGAL CASES AS AN EXPERT WITNESS LAST 4 YEARS – TESTIFIED OR DEPOSED

| Year | Action | Retained By | Deposed/Testified |
|---|---|---|---|
| 2016 | LiquiTech, Inc. v. Enrich Products, Inc. | Neither party | Deposed |
| 2015 | Muller v. Chugach Federal Solutions; Ashland Inc. | Defendant | Deposed |
| 2014 | Jacqueline Hollan v. The Elisabeth Severance Prentiss Center for Skilled Nursing Care, et al. Cuyahoga County Common Pleas Case No. CV 11 764618 | Defendant | Deposed |

30

November 9, 2017

Report by Janet E. Stout, Ph.D.


Case No. 8:16-CV-739-T-36 MAP

MICHAEL CHRIST SARDIS and ELIZABETH SARDIS, Husband and Wife

Plaintiffs,

v.

HOME DEPOT U.S.A., INC., THE SCOTTS COMPANY, LLC,

and THE SCOTTS MIRACLE-GRO COMPANY


**Introduction**

I am a microbiologist and Director of the Special Pathogens Laboratory in Pittsburgh, PA. I have spent more than 30 years studying Legionnaires' disease. Publications include over 80 peer-reviewed papers including book chapters. Book chapters on *Legionella* include editions of the "Manual of Clinical Microbiology", "Hospital Epidemiology and Infection Control" and Association for Professionals in Infection Prevention and Epidemiology (APIC) Manual". My interests in *Legionella* include the areas of clinical microbiology and diagnosis, the environmental microbiology and control of *Legionella* in water systems, and epidemiologic subtyping typing methods.


**Legionnaires' Disease - Background**

Legionnaires' disease (Legionellosis) is a form of pneumonia caused by the bacterium *Legionella pneumophila*. Symptoms include high fever, dry cough, headache, and diarrhea. *Legionella* infections account for 1 to 5% of the cases of pneumonia acquired in the community. This translates into approximately 17,000 to 23,000 cases annually in the U.S. *Legionella* infections require specialized laboratory tests to make the diagnosis. These include culture on special media, urinary antigen testing and antibody testing.

1

EXHIBIT 2 TO APPENDIX B

The time between exposure to the onset of symptoms is called the incubation period. The generally accepted incubation for Legionnaires' disease is 2-10 days, although there have been instances where it has been longer.

There are currently more than 60 named *Legionella* species, approximately half of which have been associated with human disease. *Legionella pneumophila* is the species that causes the majority of human infections. There are at least 16 serogroups of *L. pneumophila*, but serogroup 1 accounts for the vast majority of cases. Among strains of *L. pneumophila*, serogroup 1 there are many subtypes. *Legionella* species can be found in natural aquatic bodies including rivers, streams, and thermally polluted waters. Natural aquatic bodies contain only small numbers of *Legionella*. *Legionella* survives the water treatment process and passes into water distribution systems. *Legionella* species have also been found in ground water.

Subsequent growth and proliferation occur in man-made habitats, especially water distribution systems, which provide favorable water temperatures (25-43°C/ 77-110°F), physical protection (biofilm), and nutrients. The single most important factor appears to be warm temperature. For example, warm water systems that were above 50 °C (122 °F) were less likely to have *Legionella* isolated. Conversely, in a recent study *Legionella pneumophila* was not found in cold water distribution system samples (temperature 69-88 °F), whereas *L. pneumophila* was isolated from warm water in cooling towers and hot water heaters and water outlets (temperature approx. 100 °F).

The presence of *Legionella* in a water source does not mean that a case of Legionnaires' disease will definitely result from exposure to that water source. The presence of *Legionella* species in a water system does not always constitute a dangerous condition. When a condition is common, and a negative outcome of that condition is rare, then this cannot be considered a known dangerous condition.

Water sources that have been associated with cases of Legionnaires' disease include warm water systems of buildings and private residences, air-cooling systems, decorative fountains, a grocery store mist machine, whirlpool spas, and hot springs.

The mode of transmission from these reservoirs may be aerosolization, aspiration or direct inoculation into the airway. Direct person-to-person transmission does not occur.

2

***Legionella longbeachae***

Community outbreaks of pneumonia due to species other than *L. pneumophila* are uncommon and most cases appear to be sporadic. There have been reports of *L. longbeachae* pneumonia occurring in several countries, such as Australia, New Zealand, Japan and on the West Coast of the United States. Some of the cases occurred in gardeners using commercially available potting soils that were found to be colonized with *L. longbeachae.* The clinical isolates and isolates in soil that were recovered during the outbreak in Australia were found to be closely related based on the results of molecular typing. The precise mode of transmission from soil is uncertain.

*Legionella longbeachae* has been found in soil and compost-derived products. In a study published in 2017 and conducted in Canterbury New Zealand, risk factors for patients that acquired the disease included chronic obstructive pulmonary disease, history of smoking and exposure to compost or potting mix.

While relatively common in Australia and New Zealand, I'm aware of only one report describing U.S. cases that was published in 2000 by the Centers for Disease Control and Prevention (CDC). This report described 3 cases that occurred on the West coast in Oregon, California and Washington. In one case patient no link to potting soil exposure could be made because no materials were available for further investigation. However, for the other 2 cases, L. *longbeachae* was recovered (isolated by culture) from both the patient and the soil sample and compared using molecular typing methods. Results were not reported, so it is unknow whether the source was confirmed by this analysis.

A 1990 study determined the incidence of Legionella spp. in potting mix and found that two thirds (33/45) of Australian potting mixes and none (0/19) of European potting mixes tested positive for Legionella spp. It may be that the discrepancy between incidence of *L. longbeachae* infection in Australia/New Zealand and the rest of the world (including the U.S.), is attributable to the content of commercial growing medium. In Australia, potting mix is made

3

mostly from composted pine waste products, such as sawdust and hammer-milled bark. In Europe, peat is the main component of potting mix.

**Epidemiologic/outbreak Investigations**

*Legionella pneumophila* serogroup 1 is the causative agent for most of cases of Legionnaires' disease. *L. pneumophila* serogroup 1 is also frequently found in environmental water sources. Identification of the bacterium at the serogroup level (usually serogroup 1) from both the patient and the suspected water source is the first step to definitively link/implicate a source of exposure (usually water) and the source of disease. Additional methods to differentiate (subtype) strains of serogroup 1 are used to distinguish among the strains. Subtyping of *L. pneumophila* with molecular methods has proven invaluable in elucidating environmental sources. Both phenotypic and genotypic methods have been used to demonstrate identity among strains of *Legionella pneumophila* in epidemiologic investigations.

In an epidemiologic investigation, the investigator may use statistical methods to identify conditions or activities that are significantly associated with the disease. The microbiologist can perform the bacteriological analysis that can either strengthen or weaken the associations identified by the epidemiological data. If the microbiologist finds the disease-causing strain of *Legionella* in the suspected source and this organism is identical by subtyping to the *Legionella* isolated from a person with Legionnaires' disease, the association is strengthened. If the organism is not found in the suspected source or does not match the disease-causing organism, then the argument for causation is weakened.

**Regulatory Agencies and Professional Organizations**

There are no laws or enforceable regulations that require facilities to manage *Legionella* in a specified manner except for New York City and state. Given that *Legionella* species are often found in water systems and their presence is rarely associated with disease, many regulatory agencies have not required monitoring for the bacteria nor have they required specific actions to eliminate the bacteria.

Similarly, other regulatory agencies have taken the position of issuing guidelines for educational purposes or for assisting facilities in dealing with an outbreak situation. The Occupational Safety and Health Administration (OSHA) is one such agency. OSHA has a Legionella Chapter in their Technical Manual (Section III, Chapter 7). The OSHA *Legionella* chapter provides information and guidance to facilities that suspect that a case of Legionnaires' disease has occurred in an employee. There is no mention of *Legionella longbeachae* in the OSHA manual chapter 7. The American Society of Heating, Refrigeration and Air-conditioning Engineers (ASHRAE) is a professional engineering society that has also issued a guidance document (Guideline 12-2000) and standard (Standard 188) on *Legionella*. These documents do not address prevention or control of *Legionella longbeachae* exposure.

**Investigation of a Case of Legionnaires' disease**

An outbreak of Legionnaires' disease is defined as two or more confirmed cases related in time and space. Ideally, an outbreak investigation should have epidemiological findings (from the case-control study) that target the environmental investigation of potential sources for disease transmission to areas where patients may have been exposed. It is helpful to have the *Legionella* isolate from the patient to compare (by molecular subtyping methods) with isolates from water samples that are suspected sources of transmission. If the true source of the infection has been identified, the epidemiologic data and the molecular subtyping data agree. The epidemiologic data focuses attention to a specific geographic area for investigation. If the *Legionella* bacteria that are isolated from environmental source in this specific area are identical to the isolate from the patient (same species, same serogroup, and same subtype) then the source is implicated as the infection source.

**Facts Specific to MICHAEL CHRIST SARDIS**

Diagnosis of Legionnaires' disease: The basis for a diagnosis of Legionnaires' disease for MICHAEL CHRIST SARDIS was a positive *Legionella* urinary antigen test. This test is specific for the diagnosis of Legionnaires' disease due to L. *pneumophila*, serogroup 1. The date of the urine antigen test was December 2, 2014, the same day that Mr. Sardis was admitted to

5

Morton Plant North Bay Hospital. According to the medical record, Mr. Sardis reported to the emergency room physician that his symptoms of infection (onset date) began 5 days prior to admission on or around November 26th. Mrs. Sardis subsequently reported that her recollection was that the symptoms began on or around November 29th. Consequently, the exact date of onset of symptoms is uncertain.  This makes it difficult to assign the incubation period which typically is 2-10 days but can be longer.

Environmental investigation:  The following information has been determined relative to potential environmental sources of exposure:

1. MICHAEL CHRIST SARDIS traveled during the presumed incubation period and stayed at Grand Beach Diamond Resort from November 16-18, 2014.
2. MICHAEL CHRIST SARDIS planted some plants and used bagged Miracle-Gro Garden Soil Flowers-Vegetable.
3. MICHAEL CHRIST SARDIS home water system could have been a source of infection.
   a. Mr. Sardis and his wife travel out of the county between October 9 and November 5th which left the water system in a low/no flow condition and possibly at a lower hot water temperature. When asked by the health department whether the hot water tank temperature setting was above or below 122 °F, Mrs. Sardis reported that she was unaware of the setting and did not know.
   b.  In addition, plumbing modifications were made in the home for installation of a water softener on November 12, 2014.  Studies have shown that recent home plumbing modification was associated with risk of acquiring Legionnaires' disease at home.

No sample from any water source in the case patient home or the Grand Beach Diamond Resort were tested for *Legionella* species.

6

Microbiological analysis of soil samples was performed by two methods and by different analysts and months after the presumed exposure. These results, regardless of the analytical method, likely do not represent the condition of the material at the time of exposure.

A soil sample was sent to a laboratory (Biosan Laboratories) for *Legionella* culture. The outcome of a culture is the recovery of live *Legionella* bacteria that can be used for further analysis such as molecular typing to confirm a source of exposure. The sample was received on January 28, 2015 and analysis conducted on January 30, 2015.

The culture was positive for *Legionella* bacteria. The bacteria recovered from the culture were subjected to confirmatory testing to identify the species or serogroup of the recovered *Legionella* bacteria (isolate). Testing method was latex agglutination using the Oxoid *Legionella* Latex Test kit which uses three (3) reagents that each contain specific antibodies for *Legionella* species and serogroups (product insert attached).  One reagent contained antibodies only to *Legionella pneumophila* serogroup1, another reagent contained antibodies to multiple serogroups of *L. pneumophila*, serogroups 2-14 specifically. The third reagent contained antibodies to multiple species of Legionella, including those that would be reactive with the following species and serotypes: *L. longbeachae* 1 and 2*, L. bozemanii* 1 and 2*, L. dumoffii, L. gormanii, L. jordanis, L. micdadei and L. anisa.*

The results report was issued on February 5, 2015 with the result of "Legionella pneumophila was recovered at 121,000 colony forming units per milliliter (serogroups 2-14)." This means that the *Legionella* bacteria recovered by culturing the soil sample reacted positively only with the second reagent – the one that contained antibodies to *L. pneumophila*, serogroups 2-14. The bacteria tested belonged to one of these serogroups. The bacteria did not react positively when the other two reagents were used, meaning that the bacteria isolated by culture were not *L. pneumophila*, serogroup 1 or *L. longbeachae* serogroups 1 or 2*, L. bozemanii* serogroups 1 or 2*, L. dumoffii, L. gormanii, L. jordanis, L. micdadei and L. anisa.* Only positive results would have been reported.

At a later date, another sample was collected and sent for analysis by Carl Fliermans, PhD, a consultant (expert) for the plaintiff. The test method utilized was not culture to detect live bacteria, but appears to be a staining method such as direct fluorescent antibody (DFA)

7

stain which is applied directly to the specimen. The results of such test report an observation of cells that "light up" with fluorescence from the applied stain when viewed under a microscope. The results of this testing were initially reported to show 168,000 -268,000 serogroup 1 cells per gram of what was referred to as "potting soil". The total cells would be a calculated value based upon the number seen in a small area under the microscope. This test detected the *Legionella* species/serogroups listed below. Of note is that many positive results were reported showing the presence of different species and serogroups. A plus sign (+) indicates a positive result.

1. *L. pneumophila*, serogroup 1 (subtypes Knoxville (+), Bellingham (+) , Olda (+) , Philadelphia(+)  , Pontiac 1 (+) )
2. *L. pneumophila*, serogroups 1-14 (+)
2. *L. longbeachae* (Long Beach 4 (+) and Tucker 1 (+) )
3. *L. anisa (WA-316-C3)* (+)
4. *L. rubrilucens* serogroup 1
5. Legionella species b-p (*bozemanii-parisiensis*) (+)

*NOTE: If the test performed used antibody for the analysis (DFA), note that this method of testing is not recommended by the Centers for Disease Control and Prevention (CDC) and others for use directly on an environmental sample due to the inability to differentiate between live and dead bacteria and significant cross reaction among different strain and types of bacteria (some not Legionella).  The results suggest cross reaction of the bacteria with the various reagents because it would be unusual to have all these serogroups and species in one sample.*

Positive results were reported as SLS release #/gm soil and ranged from $2.1 \times 10^{4}$ to $4.12 \times 10^{6}$. I am not familiar with the results being reports as "SLS release #". This is not typical for *Legionella* test results which would be number of cells per volume or mass or colony-forming units per volume.

8

Live *Legionella pneumophila*, serogroup 1 (the disease-causing strain) was not recovered (isolated) by the culture method from any environmental location or sample.

*Legionella pneumophila,* serogroup 1 isolate was also not recovered from any respiratory culture from the case patient, so there is no patient isolate/strain to compare to any *Legionella* recovered from the environment. Consequently, it is not possible to make a match between the environmental strains and the disease-causing strain.

Other Potential Sources of Exposure Investigated:  Although there were other possible sources of exposure, including but not limited to, the resort and home, there is no record of environmental samples tested from any other locations.

**Conclusion**

The presence of *Legionella* in an environmental source does not mean that a case of Legionnaires' disease will result from exposure to that source.  The mere presence of *Legionella* species does not, in and of itself, constitute a dangerous condition.

In this case, *Legionella pneumophila,* serogroup 1 is the presumed causative agent based on the positive urine antigen test (test is specific for this organism). This type of *Legionella* bacteria was not found when Biosan Laboratories cultured the soil sample. Using the Oxoid latex agglutination reagents, Biosan found no evidence of the disease-causing *Legionella pneumophila* serogroup 1 or *Legionella longbeachae.* Biosan did identify the presence of *Legionella* pneumophila belonging to the group of organisms identified as serogroups 2-14.

Other potential sources of exposure included the home water system or the water systems at the resort as well as others.  No testing for *Legionella* was performed at these locations to either rule them in or out as possible sources of exposure to the *Legionella* bacteria.

9

There is no evidence that allows me to scientifically determine that the Miracle-Gro Garden Soil Flowers-Vegetable was, in fact, the source of exposure to *Legionella pneumophila*, serogroup 1 that ultimately caused the illness in MICHAEL CHRIST SARDIS.

I hold all the opinions set forth in this report to a reasonable degree of scientific certainty. I reserve the right to supplement this report after receiving additional information.

In forming my opinions, I relied upon my education and training and my knowledge of Legionnaires' disease and the microbiology of *Legionella* bacteria, published literature on Legionnaires' disease and *Legionella* bacteria, documents received and my professional experience in *Legionella* sampling, testing and system assessments. My qualifications, fee schedule and curriculum vitae are attached.

Janet E. Stout, Ph.D.

Microbiologist

10